Lee Radford, ISB #5719
John E. Cutler, ISB #99007
PARSONS BEHLE & LATIMER
350 Memorial Dr., Ste. 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com


Ralph A. Davies *(Pro Hac Vice)*
DAVIES McFARLAND & CARROLL, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA 15222
Telephone: 412.281.0737
Facsimile: 412.261.7251
RDavies@dmcpc.com


John Sheffer *(Pro Hac Vice)*
SHEFFER LAW FIRM, PLLC
101 South Fifth Street – Suite 1450
Louisville, Kentucky 40202
Telephone: 502.582.1600
Facsimile: 502.582.1193
jsheffer@kylaw.com


*Attorneys for Defendants Hobart Brothers LLC and Praxair, Inc*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| NATHAN BISHOP and RACHAEL BISHOP, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HOBART BROTHERS, LLC, an Ohio limited liability company, PRAXAIR, INC., a Delaware corporation and XYZ BUSINESS ENTITIES 1 THROUGH 10, ,<br><br>Defendants. | Case No. 4:19-cv-00062-CWD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE FIRM FOR DEFENDANTS HOBART BROTHERS, LLC, AN OHIO LIMITED LIABILITY COMPANY AND PRAXAIR, INC., A DELAWARE CORPORATION** |

NOTICE OF SUBSTITUTION - 1
26838.001\4826-5378-1171v1

PLEASE TAKE NOTICE that Lee Radford of the law firm PARSONS BEHLE & LATIMER, is substituted as counsel of record for Defendants Hobart Brothers, LLC and Praxair, Inc., in the place of Bradley J. Williams. All future correspondence, pleadings, and inquiries should be directed to:

Lee Radford
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID 83402
(208) 522-6700
LRadford@parsonsbehle.com

Co-counsel for defendants Hobart Brothers, LLC and Praxair, Inc., Ralph A. Davies and John Sheffer, have already been admitted in this matter *pro hac vice*. Lee Radford, a member in good standing of the bar of this court, of the firm Parsons Behle & Latimer is hereby designated as co-counsel with authority to act as attorney of record for all purposes and hereby consents to this designation by signing this Notice.

Consent to the above substitution is hereby given.

DATED January 30, 2020

By: _____
Bradley J. Williams

Above Substitution is hereby accepted.

DATED January 30, 2020.

PARSONS BEHLE & LATIMER

By _____
Lee Radford
Attorneys for Defendants Hobart Brothers LLC and Praxair, Inc

NOTICE OF SUBSTITUTION - 2
26838.001\4826-5378-1171v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of January 2020, I filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE FIRM FOR DEFENDANTS HOBART BROTHERS, LLC, AN OHIO LIMITED LIABILITY COMPANY AND PRAXAIR, INC., A DELAWARE CORPORATION**, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Reed W. Larsen, Esq.
Javier L. Gabiola, Esq.
reed@cooper-larsen.com
javier@cooper-larson.com
*Attorneys for Plaintiffs*

Bradley J. William, Esq.
brad@wrightlawidaho.com

_____
Lee Radford