Lee Radford ISB #5719
John E. Cutler, ISB #99007
PARSONS BEHLE & LATIMER
350 Memorial Dr., Ste. 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com

Ralph A. Davies *(Pro Hac Vice)*
DAVIES McFARLAND & CARROLL, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA 15222
Telephone:  412.281.0737
Facsimile:  412.261.7251
RDavies@dmcpc.com

John Sheffer *(Pro Hac Vice)*
SHEFFER LAW FIRM, PLLC
101 South Fifth Street – Suite 1450
Louisville, Kentucky 40202
Telephone:  502.582.1600
Facsimile:  502.582.1193
jsheffer@kylaw.com

*Attorneys for Defendants*

Reed W. Larsen (3427)
Javier L. Gabiola (5448)
COOPER & LARSEN, CHARTERED
151 North 3rd Avenue, 2nd Floor
P.O.Box 4429
Pocatello, ID 83205-4229
Telephone: (208) 235-1145
Facsimile: (208) 235-1182
reed@cooper-larsen.com
javier@cooper-larsen.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| NATHAN BISHOP and RACHAEL BISHOP, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HOBART BROTHERS, LLC, an Ohio limited liability company, PRAXAIR, INC., a Delaware corporation and XYZ BUSINESS ENTITIES 1 THROUGH 10,<br><br>Defendants. | Case No. 4:19-cv-00062-DCN<br><br>**JOINT STIPULATED MOTION TO EXTEND DEADLINES** |

The parties, by and through their respective counsel of record, hereby move this Court to extend the discovery deadline and the deadline for filing dispositive motions, as set forth in the Court's Scheduling Order entered June 25, 2019.  Since issuance of the Court's Scheduling Order, the parties have been diligently engaging in discovery, including (1) exchanging Rule 26 Initial Disclosures, (2) responding to and supplementing Interrogatories and Requests for Production, (3) subpoenaing records, (4) subpoenaing a site visit, and (5) scheduling depositions.  This request, if granted, would amend the Court's Scheduling Order as follows:

1. Completion of Discovery:  All discovery must be completed by May 29, 2020.

2. Dispositive Motion Deadline: All dispositive motions must be filed by July 31, 2020

All other terms of the June 25, 2019 Scheduling Order remain in effect.

DATED February 12, 2020.

| COOPER & LARSEN, CHARTERED | PARSONS BEHLE & LATIMER |
|---|---|
| By: */s/ Javier L. Gabiola*<br>Javier L. Gabiola (e-signed with permission)<br>*Attorneys for Plaintiffs* | By: */s/ Lee Radford*<br>Lee Radford<br>John E. Cutler<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of February, 2020, I filed the foregoing JOINT STIPULATED MOTION TO EXTEND DEADLINES electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | | |
|---|---|---|
| Reed W. Larsen, Esq.<br>Cooper & Larsen, Chartered<br>151 North 3rd Ave. 2nd Floor<br>Pocatello, ID 83205 | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail/Postage Prepaid<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>ECF/Electonic Notification<br>Email reed@cooper-larsen.com |
| John Sheffer<br>Sheffer Law Firm, PLLC<br>101 South Fifth Street<br>Suite 1450<br>Louisville, KY 40202 | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail/Postage Prepaid<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>ECF/Electonic Notification<br>Email jsheffer@kylaw.com |
| Ralph A. Davies<br>Davies, McFarland & Carroll, LLC<br>One Gateway Center, 10th Floor<br>Pittsburgh, PA 15222 | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[ ] | U.S. Mail/Postage Prepaid<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>ECF/Electonic Notification<br>Email RDavies@dmcpc.com |

/s/ *John E. Cutler*
John E. Cutler